**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lawrence E. Crawford<br><div align="center">_Debtor_</div> | CHAPTER 7<br><br>BKY. NO. 19-21225 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of SELECT PORTFOLIO SERVICING as servicer for Deutsche Bank National Trust Company, as Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5 and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          Attorney I.D. No. 42524
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          412-430-3594
                                          jwarmbrodt@kmllawgroup.com