# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lawrence E. Crawford**<br>**Debtor** | **BK NO. 19-21225 GLT** |
| | **Chapter 7** |
| **Deutsche Bank National Trust Company, as Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5**<br>**Movant**<br>**vs.** | **Related to Document No. 23**<br><br>**Hearing Date: 08/16/2019**<br><br>**Hearing Time: 10:00 A.M.** |
| **Lawrence E. Crawford**<br>**Respondent** | **Objection Deadline: 06/16/2019** |
| **Natalie Lutz Cardiello Esq.**, (**Trustee**)<br>**Additional Respondent** | |

## AMENDED CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on 06/03/2019, I served the above captioned pleading, along with the Motion filed in the proceeding on the parties at the addresses shown below;

Debtor
Lawrence E. Crawford
110 Friendship Street
Duquesne, PA 15110

Attorney for Debtor
Joseph Peter Nigro, Esq. (VIA ECF)
Nigro & Associates, LLC
Fox Chapel Office Center,
Suite 3BF,
1330 Old Freeport Road
Pittsburgh, PA 15238
nigroj@verizon.net

Trustee
Natalie Lutz Cardiello Esq. (VIA ECF)
107 Huron Drive
Carnegie, PA 15106

U.S. Trustee
Office of the U.S. Trustee (VIA ECF)
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Method of Service:  electronic means or first class mail

Dated: June 3, 2019

**/s/ James C. Warmbrodt, Esquire ___**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: 412-430-3594
Attorney for Movant/Applicant