# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy 19-21225 |
| | ) | |
| **LAWRENCE E. CRAWFORD,** | ) | |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| _____ | ) | |
| | ) | |
| **LAWRENCE E. CRAWFORD,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CITY OF DUQUESNE,** | ) | |
| **DUQUESNE LIGHT COMPANY,** | ) | |
| **PRA RECEIVABLES** | ) | |
| **MANAGEMENT, LLC,** | ) | |
| **PEOPLES NATURAL** | ) | |
| **COMPANY, LLC, CITIZENS** | ) | |
| **ONE AUTO FINANCE,** | ) | |
| **COMCAST-XFINITY, CREDIT** | ) | |
| **MANAGEMENT COMPANY, IC** | ) | |
| **SYSTEMS, INC, IRVIN WORK** | ) | |
| **FEDERAL CREDIT UNION,** | ) | |
| **NAVIENT, PA AMERICAN** | ) | |
| **WATER, SELECT PORTFOLIO** | ) | |
| **SERVICING, SPRINT,** | ) | |
| **VERIZON WIRELESS, AND** | ) | |
| **SYNCHRONY BANK.** | ) | |
| | ) | |
| Respondents. | ) | |

## **CERTIFICATE OF SERVICE OF ORDER OF COURT ON MOTION TO CONVERT TO A CHAPTER 13 BANKRUPTCY**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on 6/22/2019

      The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was first-class mail.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

      All Creditors on the attached Mailing Matrix

/s/ Joseph P. Nigro
JOSEPH P. NIGRO, ESQUIRE

Date 7/10/2019

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-21225-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Jun 20 15:46:50 EDT 2019 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Citizens One Auto Finance<br>One Citizens Drive<br>Riverside, RI 02915-3035 |
| City of Duquesne<br>12 S. 2nd Street<br>Duquesne, PA 15110-1148 | Comcast-Xfinity<br>67 Island Pond Road<br>Manchester, NH 03109 | Credit Management Company<br>2121 Nobelstown Road<br>Suite 300<br>Pittsburgh, PA 15205-3956 |
| Duquesne Light<br>411 Seventh Avenue<br>Pittsburgh, PA 15219-1942 | IC Systems, Inc.<br>444 Highway 96 E<br>Saint Paul, MN 55127-2557 | Irvin Work Federal Credit Union<br>1301 Camp Hollow Road<br>Dravosburg, PA 15034 |
| Navient<br>123 S. Dustison Street<br>Wilmington, DE 19801-5363 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA American Water<br>PO Box 371412<br>Pittsburgh, PA 15250-7412 |
| Peoples Gas<br>PO Box 535323<br>Pittsburgh, PA 15253-5323 | Select Portfolio Servicing<br>PO Box 60250<br>Salt Lake City, UT 84165 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Verizon Wireless<br>Po Box 650051<br>Dallas, TX 75265-0051 | Joseph Peter Nigro<br>Nigro & Associates, LLC<br>Fox Chapel Office Center, Suite 3BF<br>1330 Old Freeport Road<br>Pittsburgh, PA 15238-4100 |
| Lawrence E. Crawford<br>110 Friendship Street<br>Duquesne, PA 15110-1808 | Natalie Lutz Cardiello<br>107 Huron Drive<br>Carnegie, PA 15106-1826 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sprint
PO Box 4191
Carol Stream, IL 60197

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Deutsche Bank National Trust Company, as T | (u)Credit One Bank<br>PO Box 98875<br>81893 | End of Label Matrix<br>Mailable recipients   22<br>Bypassed recipients    2<br>Total                 24 |