FILED
7/11/19 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 19-21225-GLT |
| | : | Chapter 13 |
| LAWRENCE E. CRAWFORD, | : | |
| | : | |
| Debtor. | : | Related to Dkt. No. 29 |
| | : | |

## ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13

The Debtor filed a *Motion to Convert* [Dkt. No. 29] in accordance with 11 U.S.C. § 706(a), seeking to convert the case to a proceeding under chapter 13 of title 11 of the U.S. Code. The Court has reviewed the record and finds that the case has not been previously converted pursuant to 11 U.S.C. § 1112, § 1208, or § 1307.

Based on the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

(1) This chapter 7 case is converted to a case under chapter 13. Any party-in-interest that challenges the good faith of the conversion shall, on or before August 5, 2019 file a motion setting forth the basis of the challenge and specifically identifying the relief requested in the event conversion is found not to have been made in good faith.

(2) On or before July 25, 2019, the chapter 7 trustee shall file:

(a) An account of all receipts and disbursements made in the chapter 7 case; and

(b) A report on the administration of the case pursuant to 11 U.S.C. § 704(9).

(3) The chapter 7 trustee shall immediately turn over to the Debtor all records and property of the estate remaining in the trustee's custody and control.

(4) On or before August 10, 2019, the trustee or any other party entitled to compensation may file an application for compensation and reimbursement of expenses.

(5) On or before July 25, 2019, the Debtors shall file the statements and schedules required by Fed. R. Bankr. P. 1007(b), if such documents have not already been filed.

(6) On or before July 25, 2019, the Debtor shall file a chapter 13 plan.

(7)   On or before July 18, 2019, the Debtor counsel shall file an amended Rule 2016 disclosure statement setting forth the financial terms of counsel's engagement.

(8)   If any party fails to comply with this *Order*, the Court may dismiss the case without further notice or hearing.

Dated: July 11, 2019

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
Debtor
Debtor's counsel
Mailing matrix
Natalie Lutz Cardiello, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lawrence E. Crawford  
    Debtor

Case No. 19-21225-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: nsha    Page 1 of 2    Date Rcvd: Jul 11, 2019  
    Form ID: pdf900    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.
```
db           +Lawrence E. Crawford,    110 Friendship Street,    Duquesne, PA 15110-1808
             +Natalie Lutz Cardiello, Esq.,    107 Huron Drive,    Carnegie, PA 15106-1826
cr           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
15020989     +Citizens One Auto Finance,    One Citizens Drive,    Riverside, RI 02915-3035
15020990     +City of Duquesne,    12 S. 2nd Street,    Duquesne, PA 15110-1148
15020995     +IC Systems, Inc.,    444 Highway 96 E,    Saint Paul, MN 55127-2557
15020996      Irvin  Work Federal Credit Union,    1301 Camp Hollow Road,    Dravosburg, PA 15034
15020997     +Navient,    123 S. Dustison Street,    Wilmington, DE 19801-5363
15020998     +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
15020999     +Peoples Gas,    PO Box 535323,    Pittsburgh, PA 15253-5323
15021000      Select Portfolio Servicing,    PO Box 60250,    Salt Lake City, UT 84165
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: kburkley@bernsteinlaw.com Jul 12 2019 10:46:50     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 01:43:20
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15020991      E-mail/Text: documentfiling@lciinc.com Jul 12 2019 10:45:49     Comcast-Xfinity,
               67 Island Pond Road,    Manchester, NH 03109
15020992     +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 12 2019 10:46:44
               Credit Management Company,    2121 Nobelstown Road,    Suite 300,    Pittsburgh, PA 15205-3956
15020994     +E-mail/Text: kburkley@bernsteinlaw.com Jul 12 2019 10:46:50     Duquesne Light,
               411 Seventh Avenue,    Pittsburgh, PA 15219-1942
15021001      E-mail/Text: appebnmailbox@sprint.com Jul 12 2019 10:46:22     Sprint,    PO Box 4191,
               Carol Stream, IL 60197
15022546     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 01:43:16     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15021002     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 12 2019 10:45:45
                Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                                TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
15020993        Credit One Bank,    PO Box 98875,    81893
                                                                                                TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5,
               Mortgage Pass-Through Certificates, Series 2006-FF5 bkgroup@kmllawgroup.com
              Joseph Peter Nigro    on behalf of Debtor Lawrence E. Crawford nigroj@verizon.net,
               chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.axosfs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
```

```
District/off: 0315-2          User: nsha              Page 2 of 2              Date Rcvd: Jul 11, 2019
                              Form ID: pdf900         Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 7