| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Lawrence E. Crawford** | Social Security number or ITIN | xxx–xx–4325 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter 7 | 3/28/19 |
| Case number: | 19–21225–GLT | Date case converted to chapter 13 | 7/11/19 |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case       12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lawrence E. Crawford | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 110 Friendship Street<br>Duquesne, PA 15110 | |
| 4. | **Debtor's attorney**<br>Name and address | Joseph Peter Nigro<br>Nigro & Associates, LLC<br>Fox Chapel Office Center, Suite 3BF<br>1330 Old Freeport Road<br>Pittsburgh, PA 15238 | Contact phone 412–471–8118<br><br>Email: nigroj@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 7/26/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 26, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/25/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/19/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/24/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/26/19** at **01:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                         Case No. 19-21225-GLT
Lawrence E. Crawford                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha              Page 1 of 2              Date Rcvd: Jul 26, 2019
                              Form ID: 309I           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
db         +Lawrence E. Crawford,    110 Friendship Street,    Duquesne, PA 15110-1808
aty        +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
             Philadelphia, PA 19106-1541
aty        +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1945
aty        +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
tr         +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr         +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
15090071   +Citizens Bank N.A.,    One Citizens Bank Way,    JCA115,    Johnston R.I. 02919-1922
15020989   +Citizens One Auto Finance,    One Citizens Drive,    Riverside, RI 02915-3035
15020990   +City of Duquesne,    12 S. 2nd Street,    Duquesne, PA 15110-1148
15020996    Irvin Work Federal Credit Union,    1301 Camp Hollow Road,    Dravosburg, PA 15034
15020997   +Navient,   123 S. Dustison Street,    Wilmington, DE 19801-5363
15020998   +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
15020999   +Peoples Gas,    PO Box 535323,    Pittsburgh, PA 15253-5323
15086247   +Peoples Natural Gas Company, LLC,    c/o S. James Wallace, PC,    845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
15021000    Select Portfolio Servicing,    PO Box 60250,    Salt Lake City, UT 84165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: nigroj@verizon.net Jul 27 2019 02:43:42     Joseph Peter Nigro,
             Nigro & Associates, LLC,    Fox Chapel Office Center, Suite 3BF,    1330 Old Freeport Road,
             Pittsburgh, PA   15238
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2019 02:44:39      Pennsylvania Dept. of Revenue,
             Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA   17128-0946
ust        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 27 2019 02:44:50
             Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
             Pittsburgh, PA 15222-3721
cr         +E-mail/Text: kburkley@bernsteinlaw.com Jul 27 2019 02:45:13     Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
             Pittsburgh, PA 15219-1945
cr         +EDI: PRA.COM Jul 27 2019 06:23:00      PRA Receivables Management, LLC,    PO Box 41021,
             Norfolk, VA 23541-1021
15020991    EDI: COMCASTCBLCENT Jul 27 2019 06:28:00      Comcast-Xfinity,    67 Island Pond Road,
             Manchester, NH 03109
15020992   +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 27 2019 02:45:05
             Credit Management Company,    2121 Nobelstown Road,    Suite 300,    Pittsburgh, PA 15205-3956
15020994   +E-mail/Text: kburkley@bernsteinlaw.com Jul 27 2019 02:45:13     Duquesne Light,
             411 Seventh Avenue,    Pittsburgh, PA 15219-1942
15020995   +EDI: IIC9.COM Jul 27 2019 06:28:00      IC Systems, Inc.,    444 Highway 96 E,
             Saint Paul, MN 55127-2557
15021001    EDI: NEXTEL.COM Jul 27 2019 06:23:00      Sprint,    PO Box 4191,    Carol Stream, IL 60197
15022546   +EDI: RMSC.COM Jul 27 2019 06:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
15021002   +EDI: VERIZONCOMB.COM Jul 27 2019 06:23:00      Verizon Wireless,    Po Box 650051,
             Dallas, TX 75265-0051
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
15020993        Credit One Bank,   PO Box 98875,    81893
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: nsha              Page 2 of 2             Date Rcvd: Jul 26, 2019
                              Form ID: 309I           Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
           trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5,
           Mortgage Pass-Through Certificates, Series 2006-FF5 bkgroup@kmllawgroup.com
          Joseph Peter Nigro    on behalf of Debtor Lawrence E. Crawford nigroj@verizon.net,
           chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```