**Form 135**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Lawrence E. Crawford**
   Debtor(s)

Bankruptcy Case No.: 19−21225−GLT

Chapter: 13
Docket No.: 45 − 8

## **ORDER**

WHEREAS this Court issued an *Order for Payment of Filing Fees in Installments* due by **July 26, 2019** and the final installment was not paid,

  **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE.**

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: July 30, 2019

Gregory L. Taddonio
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 19-21225-GLT
Lawrence E. Crawford                                                Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: lfin                   Page 1 of 2                   Date Rcvd: Jul 30, 2019
                               Form ID: 135                 Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db            +Lawrence E. Crawford,    110 Friendship Street,    Duquesne, PA 15110-1808
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
15090071      +Citizens Bank N.A.,    One Citizens Bank Way,    JCA115,   Johnston R.I. 02919-1922
15020989      +Citizens One Auto Finance,    One Citizens Drive,    Riverside, RI 02915-3035
15020990      +City of Duquesne,    12 S. 2nd Street,    Duquesne, PA 15110-1148
15020996       Irvin Work Federal Credit Union,    1301 Camp Hollow Road,    Dravosburg, PA 15034
15020997      +Navient,    123 S. Dustison Street,    Wilmington, DE 19801-5363
15020998      +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
15020999      +Peoples Gas,    PO Box 535323,    Pittsburgh, PA 15253-5323
15086247      +Peoples Natural Gas Company, LLC,    c/o S. James Wallace, PC,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
15021000       Select Portfolio Servicing,    PO Box 60250,    Salt Lake City, UT 84165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2019 03:21:55       Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr            +E-mail/Text: kburkley@bernsteinlaw.com Jul 31 2019 03:23:08      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
cr            +EDI: PRA.COM Jul 31 2019 06:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
15020991       EDI: COMCASTCBLCENT Jul 31 2019 06:38:00      Comcast-Xfinity,    67 Island Pond Road,
                Manchester, NH 03109
15020992      +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 31 2019 03:22:43
                Credit Management Company,    2121 Nobelstown Road,    Suite 300,   Pittsburgh, PA 15205-3956
15020994      +E-mail/Text: kburkley@bernsteinlaw.com Jul 31 2019 03:23:08      Duquesne Light,
                411 Seventh Avenue,    Pittsburgh, PA 15219-1942
15020995      +EDI: IIC9.COM Jul 31 2019 06:38:00      IC Systems, Inc.,    444 Highway 96 E,
                Saint Paul, MN 55127-2557
15021001       EDI: NEXTEL.COM Jul 31 2019 06:38:00      Sprint,    PO Box 4191,   Carol Stream, IL 60197
15022546      +EDI: RMSC.COM Jul 31 2019 06:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
15021002      +EDI: VERIZONCOMB.COM Jul 31 2019 06:38:00      Verizon Wireless,    Po Box 650051,
                Dallas, TX 75265-0051
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Deutsche Bank National Trust Company, as Trustee,
15020993       Credit One Bank,    PO Box 98875,    81893
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5,
               Mortgage Pass-Through Certificates, Series 2006-FF5 bkgroup@kmllawgroup.com
              Joseph Peter Nigro    on behalf of Debtor Lawrence E. Crawford nigroj@verizon.net,
               chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
```

```
District/off: 0315-2          User: lfin              Page 2 of 2            Date Rcvd: Jul 30, 2019
                              Form ID: 135            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          TOTAL: 6