FILED
8/12/19 8:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Lawrence E. Crawford                :    Case No. 19-21225 GLT
                                    :    Chapter 13
        Debtor(s)                   :
Lawrence E. Crawford                :
                                    :    Related to Document #53
        Movant(s)                   :
                                    :    Hearing Date
        vs.                         :
City of Duquesne, Duquesne Light Co. :
PRA Receivables Management LLC,     :
Peoples Natural Company, LLC, Citizens:
One Auto Finance, Comcast-Xfinity,  :
Credit Management Company, IC       :
Systems Inc. Irvin Work Federal Credit :
Union, Navient, PA American Water,  :
Select Portfolio Servicing, Sprint, :
Verizon Wireless, and Synchrony Bank :

        Respondent(s)

**ORDER OF COURT**

AND NOW, THIS __12th Day of August__, 2019, upon consideration of the Debtor's Motion to Reconsider Dismissal of Case for Unpaid Filing Fee, and the Response of the Trustee thereto, it is

ORDERED, that the July 30, 2019 Order dismissing the debtor's case is VACATED.

                            BY THE COURT:

                            _____
                            Gregory R. Taddonio, Judge
                            United States Bankruptcy Court

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                              Case No. 19-21225-GLT
Lawrence E. Crawford                                                Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: lfin                 Page 1 of 1           Date Rcvd: Aug 12, 2019
                              Form ID: pdf900            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
db              +Lawrence E. Crawford,    110 Friendship Street,    Duquesne, PA 15110-1808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5,
               Mortgage Pass-Through Certificates, Series 2006-FF5 bkgroup@kmllawgroup.com
              Joseph Peter Nigro     on behalf of Debtor Lawrence E. Crawford nigroj@verizon.net,
               chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6