FILED
8/14/19 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lawrence E. Crawford <br>                          Debtor <br><br> Deutsche Bank National Trust Company, as Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5, <br><br>                          Movant <br>                  v. <br> Lawrence E. Crawford <br>                          Respondent <br>                  and <br> Natalie Lutz Cardiello Esq., Trustee <br>                          Additional Respondent | BK. NO. 19-21225 GLT <br><br> CHAPTER 13 <br><br> Related Dkt. No. 23 |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This __14th__ day of __August__, 2019, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 110 Friendship St, Duquesne, PA 15110.

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

Prepared by: __James Warmbrodt, Esq.__

**DEFAULT ENTRY**

Dated: __8/14/19__

Gregory W. Taddonio    hct
United States Bankruptcy Judge

cm: James Warmbrodt, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 19-21225-GLT
Lawrence E. Crawford                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: nsha              Page 1 of 1              Date Rcvd: Aug 14, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
db             +Lawrence E. Crawford,    110 Friendship Street,    Duquesne, PA 15110-1808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5,
               Mortgage Pass-Through Certificates, Series 2006-FF5 bkgroup@kmllawgroup.com
              Joseph Peter Nigro    on behalf of Debtor Lawrence E. Crawford nigroj@verizon.net,
               chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6