Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Lawrence E. Crawford**
Debtor(s)

Bankruptcy Case No.: 19–21225–GLT
Issued Per 8/26/2019 Proceeding
Chapter: 13
Docket No.: 70 – 41
Concil. Conf.: October 24, 2019 at 09:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 25, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Oct. 24, 2019 at 09:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.    Additional Terms: The secured claim(s) of the following Creditor(s) shall govern as to claim amount, to be paid at the modified plan terms: Claim No. 2 of Citizens

Claim No. 1 of Peoples Natural Gas to be paid in part 5.3 of plan with ongoing per month payment per plan.

*(2.)  IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.     Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.     Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.     Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.     Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.     Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any **secured claim** that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: September 3, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 19-21225-GLT
Lawrence E. Crawford                                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas                   Page 1 of 2              Date Rcvd: Sep 03, 2019
                              Form ID: 149                 Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.
```
db              +Lawrence E. Crawford,   110 Friendship Street,   Duquesne, PA 15110-1808
cr              +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
15090071        +Citizens Bank N.A.,   One Citizens Bank Way,   JCA115,   Johnston R.I. 02919-1922
15020989        +Citizens One Auto Finance,   One Citizens Drive,   Riverside, RI 02915-3035
15020990        +City of Duquesne,   12 S. 2nd Street,   Duquesne, PA 15110-1148
15020995        +IC Systems, Inc.,   444 Highway 96 E,   Saint Paul, MN 55127-2557
15020996         Irvin  Work Federal Credit Union,   1301 Camp Hollow Road,   Dravosburg, PA 15034
15106661         NAVIENT SOLUTIONS, LLC. ON BEHALF OF,   Ascendium Education Solutions, Inc.,   Po Box 8961,
                  Madison, WI 53708-8961
15020998        +PA American Water,   PO Box 371412,   Pittsburgh, PA 15250-7412
15020999        +Peoples Gas,   PO Box 535323,   Pittsburgh, PA 15253-5323
15086247        +Peoples Natural Gas Company, LLC,   c/o S. James Wallace, PC,   845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
15021000         Select Portfolio Servicing,   PO Box 60250,   Salt Lake City, UT 84165
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: kburkley@bernsteinlaw.com Sep 04 2019 03:34:18     Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2019 03:38:49
                  PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15111861        +E-mail/Text: bnc@atlasacq.com Sep 04 2019 03:32:50     Atlas Acquisitions LLC,   294 Union St.,
                  Hackensack, NJ 07601-4303
15097308         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2019 03:38:24     CACH, LLC,
                  Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15020991         E-mail/Text: documentfiling@lciinc.com Sep 04 2019 03:32:47     Comcast-Xfinity,
                  67 Island Pond Road,   Manchester, NH 03109
15020992        +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 04 2019 03:34:01
                  Credit Management Company,   2121 Nobelstown Road,   Suite 300,   Pittsburgh, PA 15205-3956
15020994        +E-mail/Text: kburkley@bernsteinlaw.com Sep 04 2019 03:34:18     Duquesne Light,
                  411 Seventh Avenue,   Pittsburgh, PA 15219-1942
15020997        +E-mail/PDF: pa_dc_claims@navient.com Sep 04 2019 03:38:51     Navient,   123 S. Dustison Street,
                  Wilmington, DE 19801-5363
15021001         E-mail/Text: appebnmailbox@sprint.com Sep 04 2019 03:33:38     Sprint,   PO Box 4191,
                  Carol Stream, IL 60197
15022546         +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:38:15     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15021002        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 04 2019 03:32:44
                  Verizon Wireless,   Po Box 650051,   Dallas, TX 75265-0051
                                                                                              TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               CITIZENS BANK, N.A.
cr               Deutsche Bank National Trust Company, as Trustee,
15020993         Credit One Bank,   PO Box 98875,   81893
cr*             +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: dbas              Page 2 of 2            Date Rcvd: Sep 03, 2019
                              Form ID: 149            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:

          Brian Thomas Langford    on behalf of Creditor   CITIZENS BANK, N.A. PitEcf@weltman.com,
           PitEcf@weltman.com
          James   Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
           trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5,
           Mortgage Pass-Through Certificates, Series 2006-FF5 bkgroup@kmllawgroup.com
          Joseph Peter Nigro    on behalf of Debtor Lawrence E. Crawford nigroj@verizon.net,
           chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                                                            TOTAL: 7