FILED
8/30/19 4:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy 19-21225 |
| | ) | |
| **LAWRENCE E. CRAWFORD,** | ) | |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| _____ | ) | Related Dkt. No. 67 |
| **LAWRENCE E. CRAWFORD,** | ) | |
| | ) | |
| Movant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **PORT AUTHORITY** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above named Debtor, having filed a Chapter 13 Bankruptcy Petition and Debtor or Trustee having moved to attach wages to fund Chapter 13 plan.

**IT IS, THEREFORE, ORDERED** that until further order of this Court, the entity from which the Debtor receives income:

**PORT AUTHORITY
PAYROLL DEPARTMENT
EMPLOYEE PAYROLL #3668
345 SIXTH AVENUE
PITTSBURGH, PA 15222**

shall deduct from that income the sum of **$546.11, bi-weekly**, beginning on the next pay day following the receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor and shall remit the deducted sums **ON A MONTHLY BASIS in the amount of $1,092.22** to:

**RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D.PA.
P.O. Box 84051
CHICAGO, IL 60689**

**IT IS FURTHER ORDERED** that the above named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, except amounts required to be withheld for taxes, social security, insurance, pension or union dues shall be paid to the Debtor in accordance with usual payment procedures.

**IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.**

**IT IS FURTHER ORDERED** that this order supersedes previous orders made to the above named entity in this case.

**IT IS FURTHER ORDERED** that the above named entity shall not charge any fee to the Debtor for the administration of the attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

**DATED** this __30th__ day of __August__, 2019

cm: Joseph Nigro, Esq.

GREGORY  TADDONI
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 19-21225-GLT
Lawrence E. Crawford                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Sep 03, 2019
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.
db          +Lawrence E. Crawford,   110 Friendship Street,   Duquesne, PA 15110-1808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:
          Brian Thomas Langford   on behalf of Creditor   CITIZENS BANK, N.A. PitEcf@weltman.com,
           PitEcf@weltman.com
          James Warmbrodt   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
           trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5,
           Mortgage Pass-Through Certificates, Series 2006-FF5 bkgroup@kmllawgroup.com
          Joseph Peter Nigro   on behalf of Debtor Lawrence E. Crawford nigroj@verizon.net,
           chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
          Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                           TOTAL: 7