Certificate Number: 17572-PAW-DE-033586670

Bankruptcy Case Number: 19-21225



17572-PAW-DE-033586670

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 22, 2019, at 6:04 o'clock AM PDT, Lawrence E Crawford completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 22, 2019

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor