**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                       **CASE NO.: 19-21225-GLT**
                                                                                                       **CHAPTER 13**

**Lawrence E. Crawford,**
    **Debtor.**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

      **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of MORTGAGE ASSETS MANAGEMENT, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Charles Wohlrab, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                  **Robertson, Anschutz, Schneid, Crane &**
                                  **Partners, PLLC**
                                  Attorney for Secured Creditor
                                  130 Clinton Rd #202
                                  Fairfield, NJ 07004
                                  Telephone: 470-321-7112

                                  By: _\s\Charles Wohlrab_
                                      Charles Wohlrab, Esquire
                                      Pennsylvania Bar No. 314532
                                      Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 18, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

LAWRENCE E. CRAWFORD
110 FRIENDSHIP STREET
DUQUESNE, PA 15110

And via electronic mail to:

NIGRO & ASSOCIATES, LLC
FOX CHAPEL OFFICE CENTER, SUITE 3BF, 1330 OLD FREEPORT ROAD
PITTSBURGH, PA 15238

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Brianna Carr