# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/6/23 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-21225-GLT |
| | : | Chapter: | 13 |
| Lawrence E. Crawford | : | | |
| | : | | |
| | : | Date: | 4/5/2023 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   # 97 Motion for Relief from Stay property located at 6920 McPherson Blvd, Pittsburgh, PA 15208 filed by Mortgage Assets Management, LLC
    #100 Reply by Debtor

**APPEARANCES**:
    Debtor:   Joseph Peter Nigro
    Mortg Asset:   Keri Ebeck

**NOTES:**   [11:31]

Nigro: Surrendering interest in the property - never had any interest in it.

**OUTCOME:**

1) For the reasons stated on the record, on or before April 21, 2023, the Debtor shall file (a) amended schedules disclosing any interest in the property located at 6920 McPherson Blvd. Pittsburgh PA 1520, and (b) an amended plan detailing any intent to surrender inherited property. [Text order].

2) For the reasons stated on the record, the *Motion of Mortgage Assets Management, LLC F/K/A/ Reverse Mortgage Solutions, Inc. For Relief From Automatic Stay* [Dkt. No. 97] is GRANTED subject to entry of a written order. On or before April 14, 2023, the parties shall jointly submit a proposed form of order under certification of counsel that grants stay relief to Mortgage Assets Management, LLC but stays any further action to execute on the subject premises until expiration of the objection period relating to the amended schedules and plan, and the absence of any timely objection. [Text order].

**DATED:**  4/5/2023