# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

IN RE:                                                      CHAPTER 13
                                                                       CASE NO.: 19-21225-GLT

**Lawrence E. Crawford,**

    **Debtor.**

_____/

**Mortgage Assets Management, LLC f/k/a Reverse
Mortgage Solutions, Inc.,**

    **Movant,**

v.

**Lawrence E. Crawford,
Ronda J. Winnecour,**
    **Respondents.**

_____/

## **ORDER VACATING AUTOMATIC STAY**

        AND NOW, this _____ day of _____, 2023, upon consideration of Mortgage Assets Management, LLC f/k/a Reverse Mortgage Solutions, Inc.'s Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

        ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Mortgage Assets Management, LLC f/k/a Reverse Mortgage Solutions, Inc.; and it is further

        ORDERED, that Mortgage Assets Management, LLC f/k/a Reverse Mortgage Solutions, Inc., its successors and/or assignees be entitled to proceed with appropriate state court remedies

against the property located at 6920 McPherson Blvd, Pittsburgh, PA 15208, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Mortgage Assets Management, LLC f/k/a Reverse Mortgage Solutions, Inc.'s request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

**BY THE COURT**

_____

Hon. Gregory L Taddonio
U.S. Bankruptcy Court Chief Judge