## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy 19-21225 |
| | ) | |
| **LAWRENCE E. CRAWFORD,** | ) | |
| | ) | |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |
| **MORTGAGE ASSETS** | ) | |
| **MANAGEMENT, LLC, F/K/A** | ) | |
| **REVERSE MORTGAGE** | ) | |
| **SOLUTIONS, INC.,** | ) | |
| | ) | |
| Movant. | ) | |
| v. | ) | |
| | ) | |
| **LAWRENCE E. CRAWFORD,** | ) | |
| **RONDA J. WINNECOUR,** | ) | |

Respondents.

## **DEBTOR LAWRENCE E. CRAWFORD PROPOSED ORDER OF COURT**

AND NOW, THIS _____ day of _____, 2023, upon consideration of Mortgage Assets Management, LLC f/k/a Reverse Mortgage Solutions, Inc's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d), it is hereby:

**ORDERED,** that the automatic stay provisions of Section 362 of the United States Bankruptcy Code are hereby terminated with respect to Mortgage Assets Management, LLC f/k/a Reverse Mortgage Solutions, Inc.; and it is further.

**ORDERED,** that the Movant, Mortgage Assets Management, LLC f/k/a Reverse Mortgage Solutions , Inc its successors and assigns shall not file any claims against the Debtor,

Eric Crawford in the United States Bankruptcy Court and the Court of Common Pleas of Allegheny County, Pennsylvania related to the real property located at 6920 McPherson Blvd., Pittsburgh, PA 15208.

**BY THE COURT**

_____

Hon. Gregory L. Taddonio

U.S. Bankruptcy Court Chief Judge