FILED
7/27/23 10:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Lawrence E. Crawford

Case No. 19-21225-GLT

Chapter 13

Debtor(s).

Related to Doc. Nos. 119 & 123

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑    a motion to dismiss case or certificate of default requesting dismissal

|    a plan modification sought by:  The Trustee

❑    a motion to lift stay
        as to creditor    _____

❑    Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
| Amended Chapter 13 Plan dated April 18, 2023

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑    Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan term shall be changed from ____ months to ____ months.

[04/22]                                -1-

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____
_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

| Other: <u>Attorneys fees are based on a retainer of $300.00.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 27th Day of July, 2023

Dated: July 27, 2023

_____
Gregory R. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:

/s/ Joseph P. Nigro
Joseph P. Nigro (PA I.D. #47810)
Counsel to Debtor
Nigro & Associates LLC
1330 Old Freeport Road, Suite 3BF
Pittsburgh, PA  15238
412-471-8118
nigroassociateslaw@gmail.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower -  Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

cc:    All Parties in Interest to be served by Clerk

[04/22]                                                                          -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Lawrence E. Crawford  
    Debtor

Case No. 19-21225-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jul 27, 2023      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lawrence E. Crawford, 110 Friendship Street, Duquesne, PA 15110-1808 |
| 15020990 | + | City of Duquesne, 12 S. 2nd Street, Duquesne, PA 15110-1148 |
| 15020996 | | Irvin Work Federal Credit Union, 1301 Camp Hollow Road, Dravosburg, PA 15034 |
| 15020999 | + | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 15021000 | | Select Portfolio Servicing, PO Box 60250, Salt Lake City, UT 84165 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 27 2023 23:27:00 | Mortgage Assets Management, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2023 23:39:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 27 2023 23:27:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15111861 | | Email/Text: bnc@atlasacq.com | Jul 27 2023 23:27:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15097308 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 23:39:29 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15090071 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 27 2023 23:27:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 15020989 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 27 2023 23:27:00 | Citizens One Auto Finance, One Citizens Drive, Riverside, RI 02915 |
| 15020991 | | Email/Text: documentfiling@lciinc.com | Jul 27 2023 23:27:00 | Comcast-Xfinity, 67 Island Pond Road, Manchester, NH 03109 |
| 15020992 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 27 2023 23:28:00 | Credit Management Company, 2121 Nobelstown Road, Suite 300, Pittsburgh, PA 15205-3956 |
| 15020994 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 27 2023 23:28:00 | Duquesne Light, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15122838 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 27 2023 23:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15020995 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 27 2023 23:27:00 | IC Systems, Inc., 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 15106661 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 27 2023 23:27:00 | NAVIENT SOLUTIONS, LLC. ON BEHALF OF, Ascendium Education Solutions, Inc., Po Box 8961, Madison, WI 53708-8961 |

Case 19-21225-GLT    Doc 127    Filed 07/29/23    Entered 07/30/23 00:22:52    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: pdf900 | Total Noticed: 24 |

| 15020997 | + | Email/PDF: pa_dc_claims@navient.com | | |
| | | | Jul 27 2023 23:26:02 | Navient, 123 S. Dustison Street, Wilmington, DE 19801-5363 |
| 15020998 | + | Email/Text: csc.bankruptcy@amwater.com | | |
| | | | Jul 27 2023 23:28:00 | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15086247 | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | Jul 27 2023 23:27:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, PC, 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15021001 | | Email/PDF: ais.sprint.ebn@aisinfo.com | | |
| | | | Jul 27 2023 23:26:43 | Sprint, PO Box 4191, Carol Stream, IL 60197 |
| 15022546 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 27 2023 23:25:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15021002 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jul 27 2023 23:27:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIZENS BANK, N.A. |
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| 15020993 | | Credit One Bank, PO Box 98875, 81893 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5 bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor Mortgage Assets Management LLC cwohlrab@ecf.courtdrive.com, cwohlrab@ecf.courtdrive.com |
| Garry Alan Masterson | |
| | on behalf of Creditor CITIZENS BANK N.A. pitecf@weltman.com |
| Joseph Peter Nigro | |
| | on behalf of Debtor Lawrence E. Crawford nigroassociateslaw@gmail.com chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com |

District/off: 0315-2  User: auto  Page 3 of 3
Date Rcvd: Jul 27, 2023  Form ID: pdf900  Total Noticed: 24

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8