**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/09/2024

IN RE:

LAWRENCE E. CRAWFORD
110 FRIENDSHIP STREET
DUQUESNE, PA  15110
XXX-XX-4325            Debtor(s)

Case No.19-21225 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/9/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Details |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br><br> PITTSBURGH, PA  15212 | Trustee Claim Number:1   INT %: 0.00% <br> Court Claim Number:1 <br><br> CLAIM:  799.99 <br> COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  2514 |
| **CITIZENS BANK NA** <br> ONE CITIZENS BANK WAY JCA115 <br><br> JOHNSTON, RI  02919 | Trustee Claim Number:2   INT %: 7.81% <br> Court Claim Number:2 <br><br> CLAIM:  34,310.21 <br> COMMENT:  $CL2GOV@TERMS/PL*PMT/CONF*29,075@7.81%@MDF/PL | CRED DESC:  VEHICLE <br> ACCOUNT NO.:  5038 |
| **CACH LLC** <br> PO BOX 10587 <br><br> GREENVILLE, SC  29603-0587 | Trustee Claim Number:3   INT %: 0.00% <br> Court Claim Number:3 <br><br> CLAIM:  833.06 <br> COMMENT:  NT/SCH*GEMB/QCARD | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1479 |
| **SELECT PORTFOLIO SERVICING INC(*)** <br> ATTN REMITTANCE PROCESSING <br> PO BOX 65450 <br><br> SALT LAKE CITY, UT  84165 | Trustee Claim Number:4   INT %: 0.00% <br> Court Claim Number:NC <br><br> CLAIM:  0.00 <br> COMMENT:  PMT/PL*377x(60+2)=LMT*RS W/DRAWN*BGN 7/19~CV*D | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.:  3841 |
| **CITY OF DUQUESNE** <br> DEPARTMENT OF WATER & SEWAGE <br> 12 SOUTH SECOND STREET <br><br> DUQUESNE, PA  15110 | Trustee Claim Number:5   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  19~SWG/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0002 |
| **COMCAST++** <br> PO BOX 3001 <br><br> SOUTHEASTERN, PA  19398 | Trustee Claim Number:6   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR~INFINITY/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3578 |
| **CREDIT MANAGEMENT COMPANY** <br> FOSTER PLAZA BUILDING 7 <br> 661 ANDERSEN DR STE 110 <br><br> PITTSBURGH, PA  15220 | Trustee Claim Number:7   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  PREMIER MDCL ASSOC/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  16XX |
| **CREDIT ONE BANK** <br> PO BOX 98875 <br><br> LAS VEGAS, NV  89193 | Trustee Claim Number:8   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  4796 |
| **DUQUESNE LIGHT COMPANY(*)** <br> ATTN. LITIGATION COUNSEL <br> 411 SEVENTH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:9   INT %: 0.00% <br> Court Claim Number:5 <br><br> CLAIM:  380.96 <br> COMMENT:  0000/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  6272 |
| **IC SYSTEM INC++** <br> 444 HIGHWAY 96 E <br> POB 64378 <br><br> ST PAUL, MN  55164 | Trustee Claim Number:10  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0XXX |

| Creditor | Trustee Claim Info | Cred Desc / Account |
|---|---|---|
| **IRVIN WORKS FCU (NOW STEEL STRONG COMM)** 1125 SWISS WAY ELIZABETH, PA 15037 | Trustee Claim Number: 11  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8600 |
| **NAVIENT SOLUTIONS LLC O/B/O ASCENDIUM E** C/O ASCENDIUM EDUCATION SOLUTIONS INC PO BOX 809142 CHICAGO, IL 60680 | Trustee Claim Number: 12  INT %: 0.00% Court Claim Number: 4 CLAIM: 24,894.02 COMMENT: 6742/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4325 |
| **PA AMERICAN WATER(*) AKA AMERICAN WATER** PO BOX 371412 PITTSBURGH, PA 15250 | Trustee Claim Number: 13  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2070 |
| **SPRINT CORP(*)** PO BOX 3326 ENGLEWOOD, CO 80155-3326 | Trustee Claim Number: 14  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8708 |
| **VERIZON WIRELESS** 500 TECHNOLOGY DR STE 550 ATTN ADMINISTRATION WELDON SPRING, MO 63304 | Trustee Claim Number: 15  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1343 |
| **CREDITOR INFORMATION MISSING OR VAGUE** NEED VERIFICATION | Trustee Claim Number: 16  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: ND ADR~CHRISTINE CRAWFORD/SCH H | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **SELECT PORTFOLIO SERVICING INC(*)** ATTN REMITTANCE PROCESSING PO BOX 65450 SALT LAKE CITY, UT 84165 | Trustee Claim Number: 17  INT %: 0.00% Court Claim Number: NC CLAIM: 1,510.08 COMMENT: $/PL*DEUTSCHE ~ NUM/DECL | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 3841 |
| **ATLAS ACQUISITIONS LLC** 492C CEDAR LN STE 442 TEANECK, NJ 07666 | Trustee Claim Number: 18  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: /PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **CACH LLC** C/O RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 19  INT %: 0.00% Court Claim Number: 6 CLAIM: 0.00 COMMENT: NT/SCH*CAP ONE/HSBC*STALE CL@ $265.93 W/D*DOC 130 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4975 |
| **PEOPLES NATURAL GAS CO LLC*** ATTN BANKRUPTCY DEPARTMENT 375 NORTH SHORE DR PITTSBURGH, PA 15212 | Trustee Claim Number: 20  INT %: 0.00% Court Claim Number: CLAIM: 533.20 COMMENT: STRICKEN~PMTS RATIFIED/CONF*13.33@LTCD/PL*DK! | CRED DESC: Post Petition Claim (1305) ACCOUNT NO.: |

Case 19-21225-GLT    Doc 131    Filed 02/09/24    Entered 02/09/24 14:00:54    Desc

| | | |
|---|---|---|
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 130 CLINTON RD #202 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| FAIRFIELD, NJ  07004 | COMMENT:  MORT ASSET MGMT/PRAE | |
| **MORTGAGE ASSETS MANAGEMENT LLC** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O PHH MORTGAGE (*) | Court Claim Number:NCF | ACCOUNT NO.: |
| PO BOX 24781 | | |
| ATTN: SV 19 | CLAIM:  0.00 | |
| WEST PALM BEACH, FL  33416 | COMMENT:  RS/OE*NT/SCH*SURR/PL | |