**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                                                      CASE NO.: 19-21225-GLT
                                                                                                  CHAPTER 13

**Lawrence E. Crawford,**
  Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED CERTIFICATE HOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF5 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michelle L. McGowan, Esq., ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS RD., SUITE 450**
**ALPHARETTA, GA  30004**

                                               Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                               Attorney for Secured Creditor
                                               13010 Morris Rd., Suite 450
                                               Alpharetta, GA  30004
                                               Telephone: 470-321-7112
                                               Facsimile: 404-393-1425

                                               By: _\S\Michelle L. McGowan, Esq._
                                                   Michelle L. McGowan, Esq., Esquire
                                                   Pennsylvania Bar No. 62414 PA
                                                   Email: mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 12, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

LAWRENCE E. CRAWFORD
110 FRIENDSHIP STREET
DUQUESNE, PA 15110

And via electronic mail to:

NIGRO & ASSOCIATES, LLC
FOX CHAPEL OFFICE CENTER SUITE 3BF
1330 OLD FREEPORT ROAD
PITTSBURGH, PA 15238

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222

By: /s/ Amber Matas