## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 19-21225 |
| **LAWRENCE E. CRAWFORD,** | ) | |
| | ) | |
| Debtors, | ) | Chapter 13 |
| | ) | |
| _____ | ) | |
| **LAWRENCE E. CRAWFORD,** | ) | |
| | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RONDA WINNECOUR,** | ) | |
| **CHAPTER 13 TRUSTEE,** | ) | |
| | | |
| Respondent. | | |

## **DEBTORS CERTIFICATION OF IDSCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f))1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for discharge.

4. On October 22, 2019, each Debtor complied with Federal Rule of Bankruptcy Procedure 1007© by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management.

5. This Certification is being signed under penalty of perjury by (include whichever one of the two following statements applies):  Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

                                               Respectfully submitted,

08/26/2024                                       /s/ Joseph P. Nigro
Date                                                 JOSEPH P. NIGRO, ESQUIRE
                                                   PA I.D. NO. 47810
                                                   Attorney for the Debtor

                                                   NIGRO & ASSOCIATES, LLC
                                                   1330 Old Freeport Road, Suite 3BF
                                                   Pittsburgh, PA 15238
                                                   (412) 471-8118
                                                   nigroassociateslaw@gmail.com