Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Lawrence E. Crawford** | : | Case No. 19−21225−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 146 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 11/27/24 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 26th of September, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 146 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before November 8, 2024**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *November 27, 2024 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-21225-GLT
Lawrence E. Crawford  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: auto   Page 1 of 3
Date Rcvd: Sep 26, 2024   Form ID: 604   Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lawrence E. Crawford, 110 Friendship Street, Duquesne, PA 15110-1808 |
| 15020990 | + | City of Duquesne, 12 S. 2nd Street, Duquesne, PA 15110-1148 |
| 15020996 | | Irvin Work Federal Credit Union, 1301 Camp Hollow Road, Dravosburg, PA 15034 |
| 15020999 | + | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 15021000 | | Select Portfolio Servicing, PO Box 60250, Salt Lake City, UT 84165 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 27 2024 00:00:00 | Cascade Funding Mortgage Trust HB4, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 27 2024 00:00:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 27 2024 00:00:00 | Mortgage Assets Management, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:54:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 27 2024 00:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15111861 | | Email/Text: bnc@atlasacq.com | Sep 27 2024 00:00:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15097308 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:26:27 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15090071 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 27 2024 00:00:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 15020989 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 27 2024 00:00:00 | Citizens One Auto Finance, One Citizens Drive, Riverside, RI 02915 |
| 15020991 | | Email/Text: documentfiling@lciinc.com | Sep 26 2024 23:59:00 | Comcast-Xfinity, 67 Island Pond Road, Manchester, NH 03109 |
| 15020992 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 27 2024 00:01:00 | Credit Management Company, 2121 Nobelstown Road, Suite 300, Pittsburgh, PA 15205-3956 |
| 15020994 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 27 2024 00:02:00 | Duquesne Light, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |

Case 19-21225-GLT   Doc 148   Filed 09/28/24   Entered 09/29/24 00:31:22   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: 604 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15122838 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 27 2024 00:02:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15020995 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 27 2024 00:00:00 | IC Systems, Inc., 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 15106661 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 26 2024 23:59:00 | NAVIENT SOLUTIONS, LLC. ON BEHALF OF, Ascendium Education Solutions, Inc., Po Box 8961, Madison, WI 53708-8961 |
| 15020997 | + | Email/PDF: bankruptcy_prod@navient.com | Sep 27 2024 00:25:32 | Navient, 123 S. Dustison Street, Wilmington, DE 19801-5363 |
| 15020998 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 27 2024 00:02:00 | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15086247 | + | Email/Text: ebnpeoples@grblaw.com | Sep 27 2024 00:00:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, PC, 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15021001 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | Sep 27 2024 00:04:24 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 15022546 | ^ | MEBN | Sep 26 2024 23:52:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15021002 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 26 2024 23:59:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIZENS BANK, N.A. |
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| 15020993 | | Credit One Bank, PO Box 98875, 81893 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | * | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Sep 26, 2024 | Form ID: 604 | Total Noticed: 26 |

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Mortgage Assets Management LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5 dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor CITIZENS BANK N.A. pitecf@weltman.com, gmasterson@weltman.com |
| Joseph Peter Nigro | on behalf of Debtor Lawrence E. Crawford nigroassociateslaw@gmail.com chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Cascade Funding Mortgage Trust HB4 wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michelle L. McGowan | on behalf of Creditor Deutsche Bank National Trust Company mimcgowan@raslg.com |
| Michelle L. McGowan | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5 mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Creditor Deutsche Bank National Trust Company rshearer@raslg.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 12