**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lawrence E. Crawford<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4325<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–21225–GLT | |

## Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Lawrence E. Crawford

11/20/24                                                **By the court:** Gregory L Taddonio
                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21225-GLT |
| Lawrence E. Crawford | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 20, 2024 | Form ID: 3180W | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lawrence E. Crawford, 110 Friendship Street, Duquesne, PA 15110-1808 |
| 15020990 | + | City of Duquesne, 12 S. 2nd Street, Duquesne, PA 15110-1148 |
| 15020996 | | Irvin Work Federal Credit Union, 1301 Camp Hollow Road, Dravosburg, PA 15034 |
| 15020999 | + | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 15021000 | | Select Portfolio Servicing, PO Box 60250, Salt Lake City, UT 84165 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 21 2024 05:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2024 00:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 21 2024 05:15:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2024 00:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: LCIPHHMRGT | Nov 21 2024 05:15:00 | Cascade Funding Mortgage Trust HB4, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 21 2024 00:51:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 21 2024 00:51:00 | Mortgage Assets Management, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | EDI: PRA.COM | Nov 21 2024 05:15:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 21 2024 00:51:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15111861 | | EDI: ATLASACQU | Nov 21 2024 05:15:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15097308 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2024 00:46:52 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15090071 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 21 2024 00:51:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 15020989 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 21 2024 00:51:00 | Citizens One Auto Finance, One Citizens Drive, Riverside, RI 02915 |
| 15020991 | | EDI: COMCASTCBLCENT | Nov 21 2024 05:15:00 | Comcast-Xfinity, 67 Island Pond Road, Manchester, NH 03109 |
| 15020992 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 21 2024 00:53:00 | Credit Management Company, 2121 Nobelstown Road, Suite 300, Pittsburgh, PA 15205-3956 |
| 15020994 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 21 2024 00:53:00 | Duquesne Light, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15122838 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 21 2024 00:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15020995 | + | EDI: LCIICSYSTEM | Nov 21 2024 05:15:00 | IC Systems, Inc., 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 15106661 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 21 2024 00:51:00 | NAVIENT SOLUTIONS, LLC. ON BEHALF OF, Ascendium Education Solutions, Inc., Po Box 8961, Madison, WI 53708-8961 |
| 15020997 | + | Email/PDF: bankruptcy_prod@navient.com | Nov 21 2024 00:45:36 | Navient, 123 S. Dustison Street, Wilmington, DE 19801-5363 |
| 15020998 | + | Email/Text: csc.bankruptcy@amwater.com | Nov 21 2024 00:53:00 | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15086247 | + | Email/Text: ebnpeoples@grblaw.com | Nov 21 2024 00:51:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, PC, 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15021001 | + | EDI: AISTMBL.COM | Nov 21 2024 05:15:00 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 15022546 | ^ | MEBN | Nov 21 2024 00:21:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15021002 | + | EDI: VERIZONCOMB.COM | Nov 21 2024 05:15:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIZENS BANK, N.A. |
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| 15020993 | | Credit One Bank, PO Box 98875, 81893 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | * | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 19-21225-GLT   Doc 152   Filed 11/22/24   Entered 11/23/24 00:35:36   Desc
Imaged Certificate of Notice   Page 5 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Nov 20, 2024 | Form ID: 3180W | Total Noticed: 28 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:

**Name**               **Email Address**

Charles Griffin Wohlrab
   on behalf of Creditor Mortgage Assets Management  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise Carlon
   on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5 dcarlon@kmllawgroup.com

Garry Alan Masterson
   on behalf of Creditor CITIZENS BANK  N.A. pitecf@weltman.com, gmasterson@weltman.com

Joseph Peter Nigro
   on behalf of Debtor Lawrence E. Crawford nigroassociateslaw@gmail.com chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
   on behalf of Creditor Cascade Funding Mortgage Trust HB4 wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Michelle L. McGowan
   on behalf of Creditor Deutsche Bank National Trust Company mimcgowan@raslg.com

Michelle L. McGowan
   on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5 mimcgowan@raslg.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
   on behalf of Creditor Deutsche Bank National Trust Company rshearer@raslg.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 12